# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 2015 C 6999 |
| v. | ) ) | Judge Blakey |
| RAUL VARGAS, Individually and d/b/a STEELMEN TRUCKING, INC., an Illinois corporation not in good standing | ) ) ) | Magistrate Judge Valdez |
| Defendant. | ) ) | |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1.      Suit was filed on August 11, 2015 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.      Service was made upon RAUL VARGAS, Individually and d/b/a Steelmen Trucking, Inc., an Illinois corporation not in good standing, was made on the Defendant on August 15, 2015 and a copy of the proof of service was filed with the court on August 19, 2015.

3.      Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

| | |
|---|---|
| $6,240.06 | Pension |
| $8,074.90 | Welfare |
| $925.00 | Attorneys fees |
| $494.00 | Court costs |
| $15,733.96 | |

WHEREFORE, Plaintiffs pray for:

1.     Entry of judgment against Defendant, RAUL VARGAS, Individually and d/b/a STEELMEN TRUCKING, INC., an Illinois corporation not in good standing, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $15,733.06

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: December 1, 2015